GERALD GIESS v.
PORT AUTHORITY TRANS-HUDSON CORP.

May 29, 1973. Petition for certification denied.

FIRST NATIONAL BANK AND TRUST COMPANY OF
PAULSBORO v. BOROUGH OF PAULSBORO.

May 29, 1973. Petition for certification denied.

SOUTHERN OCEAN LANDFILL, INC. v.
MAYOR AND COUNCIL OF THE TOWNSHIP OF OCEAN.

May 29, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. KENNETH MARKS.

May 29, 1973. Petition for certification denied.

RUTH PARKINSON v. J AND S TOOL COMPANY.

May 29, 1973. Petition for certification granted.

CONTINENTAL PAPER CO. v.
VILLAGE OF RIDGEFIELD PARK.

ALFORD INDUSTRIES, INC. v.
VILLAGE OF RIDGEFIELD PARK.

SIMKIN INDUSTRIES v. VILLAGE OF RIDGEFIELD PARK.

May 29, 1973. Petition for certification denied. (See 122
*N. J. Super.* 446)